# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,**<br><br>v.<br><br>**LESLIE JO CRUZ RUGANTE,**<br>DOB: 06/18/1981<br><br>Defendant. | **Criminal Case No. CF0015-20**<br>GPD Report No. 19-35615<br><br>**DECISION AND ORDER GRANTING DEFENDANT'S PETITION FOR REVOCATION OF FINE** |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on August 8, 2024 for hearing on Leslie Jo Cruz Rugante's ("Defendant's") Petition for Revocation of Fine ("Petition"). Assistant Attorney General Jacob Wagner represents the People, and Attorney Terry Timblin represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **GRANTS** Defendant's Petition.

## BACKGROUND

On November 30, 2021, Defendant pled guilty to Theft of Property (as a 3rd Degree Felony). See Judgment of Conviction (Dec. 17, 2021). As a condition of her plea, Defendant agreed to pay a fine of two thousand dollars ($2,000.00) and court costs of eighty dollars ($80.00). Id.

On May 14, 2024, Defendant filed her Petition for Revocation of Fine. Defendant argues that given her recent health problems, she is unable to pay the fine and court costs imposed. See Petition at 2 (May 14, 2024).

The Court held a hearing on August 8, 2024. After hearing the arguments of the parties, the Court took the matter under advisement.

## DISCUSSION

Under 9 G.C.A. § 80.58:

Decision and Order Granting Defendant's Petition for Revocation of Fine
CF0015-20, *People of Guam v. Leslie Jo Cruz Rugante*
Page 1 of 2

An offender who has been sentenced to pay a fine and who is not in contumacious default in the payment thereof may at any time petition the court which sentenced him for a revocation of the fine or of any unpaid portion thereof. If it appears to the satisfaction of the court that the circumstances which warranted the imposition of the fine have changed, or that it would otherwise be unjust to require payment, the court may revoke the fine or the unpaid portion thereof in whole or in part.

Here, the Court is satisfied that it would be unjust to require future payment of these fines and court costs. Since imposition of the fine, Defendant has been diagnosed with congestive heart failure. This condition has prevented her from maintaining gainful employment. The People agree that these circumstances warrant revocation of the fines and court costs imposed. See Court Recording at 10:17:20am (Aug. 8, 2024).

**CONCLUSION**

For the reasons stated above, the Court **GRANTS** Defendant's Motion. The fine of two thousand dollars ($2,000.00) and court costs of eighty dollars ($80.00) shall hereby not be enforced. Defendant's probation term shall also be closed because she has completed all other terms and conditions of her probation.

**IT IS SO ORDERED** this ___September 27, 2024___.



_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

**SERVICE VIA E-MAIL**

, acknowledge that an electronic
Copy of the original was e mailed to
_AG , Timblin_

Date _9-27-24_ Time _11:31am_
_Albert Calda_  _cu_
Deputy clerk , Superior Court of Guam

Decision and Order Granting Defendant's Petition for Revocation of Fine
CF0015-20, *People of Guam v. Leslie Jo Cruz Rugante*
Page 2 of 2